391 A.2d 682

Commonwealth v. Frederick, Appellant.

600

Submitted December 6, 1977. John A. Goldstan, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.